UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY WILSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>V.M. ALMADER,<br><br>　　　　　Respondent. | Case No. SACV 08-00402-GHK (JCR)<br><br>JUDGMENT |

Pursuant to the Court's Order Denying Motion for Stay and Abeyance and Summarily Dismissing Matter Without Prejudice, Petitioner's Motion is denied and the case is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

DATED: 5/1/08

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE